

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-21-00570-CR

Rueben Justin **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-9333
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief was originally due on May 18, 2022 and was not filed. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to July 18, 2022. On July 15, 2022, appellant's appointed counsel filed a motion requesting an additional extension of time to file the brief until August 15, 2022, for a total extension of eighty-nine days, and we granted the motion.

On August 15, 2022, appellant's appointed counsel filed a third motion for extension of time requesting an additional thirty days to file the brief, for a total extension of 119 days. The motion states, in part, that appellant's counsel "does not [have] the Court Reporter's record from the voir dire proceedings." We note, however, that: (1) the reporter's record was filed on April 18, 2022; (2) appellant's previous motions for extension of time did not contend that any volumes of the reporter's record were missing; and (3) appellant has not asked us to order the court reporter to file any missing volumes.

After consideration, we **GRANT** the motion for extension of time and **ORDER** appellant to file his brief **by September 14, 2022**. **Counsel is advised that no further extensions of time will be granted.** If the brief is not filed by the date ordered, we will order the appeal abated and remand the cause to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court